**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:          Deborah B. Hunter v. Eric M. Hunter

Appellate case number:      01-18-00057-CV

Trial court case number:    15-2351-FC3

Trial court:                          County Court at Law No. 3 of Williamson County

The panel has voted to dismiss appellant's Motion to Reconsider Jurisdiction, construed as a motion for rehearing of the memorandum opinion and judgment, issued on March 27, 2018, as untimely. *See* TEX. R. APP. P. 49.1, 49.8.

It is ordered that the motion for rehearing is **dismissed**.

Judge's signature:  /s/ Laura C. Higley
                              Acting for the Panel

Panel consists of:  Justices Jennings, Keyes, and Higley.

Date: July 3, 2018